**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HESLER PERDOMO-LEIVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2077-R** |
| | ) | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Petitioner, Mr. Hesler Perdomo-Leiva, filed a Petition for a writ of habeas corpus under 28 U.S.C.§ 2241 challenging his detention in ICE custody. [Doc. No. 1]. The Court referred this matter to United States Magistrate Judge Chris M. Stephens, who issued a Report and Recommendation. [Doc. No. 6].

The problem with Mr. Perdomo-Leiva's Petition is that he didn't pay the filing fee, didn't respond to Judge Stephens's Order to fix this problem, [Doc. No. 4], and didn't object to the R&R.

Accordingly, the Court ADOPTS Judge Stephens's R&R and DISMISSES Mr. Perdomo Leiva's Petition without prejudice.

IT IS SO ORDERED this 2nd day of October 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**